United States District Court
Middle District of Florida
Jacksonville Division

**SHONDRANIQUE HUNTER &
GIVONNI HUNTER,**

    *Plaintiffs,*

V.                                          NO. 3:22-cv-608-TJC-PDB

**THE CITY OF JACKSONVILLE FLORIDA ET AL.,**

    *Defendants.*

---

# Order

The plaintiffs' counsel has filed an "emergency motion" asking the Court "to appoint Special Services of Jacksonville Inc. to serve process in this action[.]" Doc. 10. The motion is **denied without prejudice** for four reasons.

First, the motion includes no certificate of conferral with opposing counsel as required by Local Rule 3.01(g).

Second, the motion includes no legal memorandum as required by Local Rule 3.01(a).

Third, the motion fails to explain "the nature of the exigency" or "state[] the day by which a ruling is requested" as required by Local Rule 3.01(e). "The unwarranted designation of a motion as an emergency can result in a sanction." Local Rule 3.01(e).

Fourth, the motion fails to explain why a process server needs to be appointed. Appointment is needed "only when the process server needs to be invested with the authority that accompanies a court order." 4 Charles Alan Wright et al., Federal Practice and Procedure § 1091 (4th ed. 2022). Counsel must be familiar and comply with the Federal Rules of Civil Procedure and the Local Rules.

**Ordered** in Jacksonville, Florida, on June 27, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*